ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Constellation NewEnergy, Inc. | ) ASBCA No. 64177 |
| | ) |
| Under Contract No. N39430-16-F-1838 | ) |

APPEARANCE FOR THE APPELLANT:     Ron R. Hutchinson, Esq.
                                   Doyle & Bachman LLP
                                   McLean, VA

APPEARANCES FOR THE GOVERNMENT:   Allison M. McDade, Esq.
                                   Navy Chief Trial Attorney
                                   Jacquelyn K. Wright, Esq.
                                   Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 24, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64177, Appeal of Constellation NewEnergy, Inc., rendered in conformance with the Board's Charter.

Dated:  September 24, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals